gage, and those bills for the remainder of what shall hereafter bee due for the house or houses so sold being the remainder of what was due to the s<sup>d</sup> Sheafe of two houses & Lands mortgaged by the s<sup>d</sup> Hawkins to the s<sup>d</sup> Sheafe & m<sup>r</sup> Thomas Thacher Senio<sup>r</sup> which the s<sup>d</sup> Sheafe promised should bee paide or delivered to the s<sup>d</sup> Hawkins when hee the s<sup>d</sup> Sheafe had received his just due that the Land was mortgaged for, the s<sup>d</sup> Sheafe having now received his just due or more as will more plainly appeare, being greatly to the damage of the plaintife with interest & all other due damages according to attachm<sup>t</sup> dat<sup>d</sup> 7th July 1676. . . . The Jury . . . founde for the plaintife Seventy Four pounds Fourteen Shillings damage in mony & costs of Court being twenty two Shillings.   [ 385 ] Charles Oughtred Attourny for the Defend<sup>t</sup> appealed from this Judgement unto the next Court of Assistants and himselfe principall in One hundred Forty Four pounds and m<sup>r</sup> Tho: Deane & Seth Perry Sureties in £.74. apeice bound themselves respectiuely . . . on condition the s<sup>d</sup> Charles Oughtred Attourny afores<sup>d</sup> should prosecute his appeale . . .

[ Another of the series of cases that begins on p. 1. This judgment was reversed by the Court of Assistants (Records, i. 689), and Hawkins seems to have abandoned his attempts to restore his ruined fortunes by litigation.]

### Woodman ag<sup>t</sup> Hutchinson

Jonathan Woodman plaint. ag<sup>t</sup> Elisha Hutchinson Defend<sup>t</sup> This case was agreed by the partys in Court. being decided by m<sup>r</sup> Woodmans Oath.

### Deane ag<sup>t</sup> Gibbs

Thomas Deane plaint. ag<sup>t</sup> Benj<sup>n</sup> Gibbs Defend<sup>t</sup> The plaint. withdrew his action.

### Alden ag<sup>t</sup> Clarke

John Alden plaint. ag<sup>t</sup> Thomas Clarke Esq<sup>r</sup> Defend<sup>t</sup> in an action of the case upon reveiw of an action of the case that was commenced and tryed by the saide Clarke ag<sup>t</sup> Alden the last County Court held in Boston in January. 75. whereby the plaintife is damnified to the value of Six thousand foote of boards or Eighteen pounds in Silver and all other due damages according to attachm<sup>t</sup> Dat. July. 20th 1676. . . . The Jury . . . founde for the Defendant costs of Court